United States District Court
Southern District of Texas
**ENTERED**
May 10, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| *versus* § § | Case No. 7:19–mj–01061 |
| Carlos Gonzalez § | |

## ORDER APPOINTING COUNSEL

Because the above-named defendant has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is hereby appointed to represent this person in the above-designated case.

If appointment is made by a Magistrate and the case subsequently proceeds to United States District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed.

Signed on May 10, 2019, in McAllen, Texas.

_____
Peter E. Ormsby
United States Magistrate Judge